UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA L. WILLIAMS,

       Plaintiff,

v.

       Case No. 15-11884
       Hon. Gerald E. Rosen
       Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

### ORDER ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     December 8, 2016

PRESENT:    Honorable Gerald E. Rosen
                     United States District Judge

On November 8, 2016, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court grant in part Plaintiff Cynthia L. Williams' motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this case to the Defendant Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  No objections have been filed to the R & R.  The Court having reviewed the R & R, the parties' underlying motions

for summary judgment, and the remainder of the record,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 8, 2016 Report and Recommendation (docket #18) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's May 6, 2016 motion for summary judgment (docket #14) is GRANTED IN PART, to the extent that it seeks a remand for further administrative proceedings, and that Defendant's August 5, 2016 motion for summary judgment (docket #17) is DENIED.

s/Gerald E. Rosen
United States District Judge

Dated: December 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2016, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135